BLANCHE OF HAPSBURG-LORRAINE v. FAL DE SAINT PHALLE and Others.— Motion to dismiss appeal denied, with leave to renew if the appeal be not argued

or submitted on the 4th day of December, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.